# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEATLH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No. 19-0435 (RC) |

## JOINT STATUS REPORT

Pursuant to the Court's May 29, 2019, Minute Order, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

1. In six requests for records submitted to HHS, dated from August 28, 2018, to February 7, 2019, Plaintiff seeks records reflecting communications between certain employees of HHS's Office for Civil Rights ("OCR") and outside groups, calendars of certain OCR employees, and records signed, authorized, or issued by the Director of OCR.

2. HHS has completed its search for the six requests for records and, after removing duplicate document entries and implementing Plaintiff's suggestions for reducing the number of potentially responsive pages to review, has located approximately 83,592 pages of potentially responsive records.

3. HHS completed its first interim production of records to Plaintiff on May 24, 2019, its second interim response on June 24, 2019, and will endeavor to process 1,500 pages of records per month and make monthly productions to Plaintiff by the 24th of each month, unless

the 24th falls on a Saturday, Sunday, or Federal holiday, in which case the production will occur on the next business day.

4. The Parties have agreed to a prioritization order for processing the records. The Parties will continue to confer regarding implementation of potential ways to either narrow or prioritize records for processing.

5. As HHS makes productions of all responsive non-exempt information to Plaintiff, the parties will consult to amicably resolve any issues regarding any withholdings. This consultation will include whether a *Vaughn* index is necessary to resolve any issues.

6. Pursuant to the Court's April 25, 2019 Minute Order, the Parties will submit their next Joint Status Report on July 29, 2019.

Respectfully submitted,

/s/ Sara Kaiser Creighton
Sara Kaiser Creighton,
D.C. Bar. No. 1002367
AMERICAN OVERSIGHT
1030 15th Street, N.W.
Suite B255
Washington, D.C. 20005
(202) 869-5246
sara.creighton@americanoversight.org

*Counsel for Plaintiff*


JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/  *Christopher Hair*
CHRISTOPHER HAIR, Pa. Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*